No. 357, Misc. TUCKER *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 367, Misc. SPAIN *v.* KENT COUNTY CIRCUIT COURT. Supreme Court of Michigan. Certiorari denied.

No. 13, Misc. JACKSON *v.* BANMILLER, SUPERINTENDENT, EASTERN STATE PENITENTIARY. Petition for writ of certiorari to the Supreme Court of Pennsylvania, Eastern District, denied without prejudice to an application for writ of habeas corpus in the appropriate United States District Court.

No. 3, Misc. LOTZ *v.* OHIO. Petition for writ of certiorari to the Supreme Court of Ohio and for other relief denied. MR. JUSTICE STEWART took no part in the consideration or decision of this application.

No. 110, Misc. TABOR *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. MR. JUSTICE STEWART took no part in the consideration or decision of this application. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Anderson* and *Beatrice Rosenberg* for the United States.

No. 12, Original. CALIFORNIA *v.* WASHINGTON, *ante,* p. 64;

No. 320. BRASIER *v.* JEARY ET AL., *ante,* p. 867;

No. 372. GINSBURG *v.* SULLIVAN, U. S. DISTRICT JUDGE, ET AL., *ante,* p. 882;

No. 376. IN RE TEITELBAUM, *ante,* p. 881; and

No. 85, Misc. BELL *v.* UNITED STATES, *ante,* p. 885. Petitions for rehearing denied.